[No. 70329-3-I. Division One. May 27, 2014.]

CURT CASEY ET AL., *Respondents*, v. SUDDEN VALLEY COMMUNITY ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-2-02406-1, Ira Uhrig, J., entered April 17, 2013 and May 7, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Dwyer, JJ. Now published at 182 Wn. App. 315.

[No. 70357-9-I. Division One. May 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY JOE BERNIARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00149-5, Julie A. Spector, J., entered April 12, 2013. *Dismissed* by unpublished per curiam opinion.

[No. 70536-9-I. Division One. May 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00949-0, Monica J. Benton, J., entered June 3, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70733-7-I. Division One. May 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DARLENE RUTH RANDMEL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00511-8, Ira Uhrig, J., entered August 1, 2013. *Affirmed* by unpublished per curiam opinion.